**Fill in this information to identify your case:**

Debtor 1: Thomas Jason Boatner
_First Name_    _Middle Name_    _Last Name_

Debtor 2: _____
(Spouse, if filing) _First Name_    _Middle Name_    _Last Name_

United States Bankruptcy Court for the Eastern District of Tennessee

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7   12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: PennyMac<br>Description of property securing debt: 785 Kennesaw Lane | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☑ No<br>☐ Yes |
| Creditor's name: ORNL Federal Credit Union<br>Description of property securing debt: 2014 Kia Optima | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☑ No<br>☐ Yes |
| Creditor's name: Bank of America<br>Description of property securing debt: 2010 Buick Enclave | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☑ No<br>☐ Yes |
| Creditor's name: Civis Bank<br>Description of property securing debt: Business equipment used in Little Caesar's franchise | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☑ No<br>☐ Yes |

Debtor _____Thomas Jason Boatner_____    Case number (*If known*)_____

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: <br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased property: | ☐ No <br> ☐ Yes |

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✗ /s/ Thomas Jason Boatner                                ✗ _____
Signature of Debtor 1                                         Signature of Debtor 2

Date __04/29/2019__                                          Date _____
      MM / DD / YYYY                                              MM / DD / YYYY

Debtor 1  Thomas Jason Boatner
         First Name   Middle Name   Last Name

Case number (*if known*)_____

**Continuation Sheet for Official Form 108**

**1) Creditors who have secured claims**

| ORNL Federal Credit Union | 785 Kennesaw Lane | No exemptions | reaffirm |